**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7498**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

NELSON RAFAEL ZAPATA-VICENTE,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:01-cr-00061-JRS-1)

Submitted:  February 27, 2014      Decided:  March 4, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson Rafael Zapata-Vicente, Appellant Pro Se.  Angela Mastandrea-Miller, Stephen Wiley Miller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson Rafael Zapata-Vicente appeals the district court's order denying his motion filed pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Zapata-Vicente, No. 3:01-cr-00061-JRS-1 (E.D. Va. May 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED